UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICAH IVERSON KELLY,<br><br>　　　　Defendant. | Case No. 2:15-cr-041-GMN-NJK<br><br>ORDER |

Based on the pending motion of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the Henderson Police Department shall release and transport a sample of each of the substances at issue in this case to Rocky Mountain Instrumental Labs, 108 Coronado Court, Fort Collins, Colorado, 80525, for retesting.

DATED 22nd day of ___ April ___ 2015.

_____
UNITED STATES MAGISTRATE JUDGE

4